# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2010

140603

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v

RANDALL LEE DOWDY,
        Defendant-Appellee.

SC: 140603
COA: 287689
Ingham CC: 08-000249-FH

_____/

      On order of the Court, the application for leave to appeal the February 2, 2010 judgment of the Court of Appeals is considered, and it is GRANTED. We further order the Ingham Circuit Court to appoint the State Appellate Defender Office to represent the defendant in this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2010

Clerk

0525